**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VENTURA RODRIGUEZ,

                Plaintiff,                20 **CIVIL** 7640 (PAE) (SDA)

      -v-                              **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 16, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          August 17, 2021

                                                    **RUBY J. KRAJICK**
                                                       Clerk of Court
                                        **BY:**
                                                       **Deputy Clerk**